AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
## for the
### Central District of California

**LODGED**
CLERK, U.S. DISTRICT COURT
08/18/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

**FILED**
Aug 18, 2021
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY: _Nancy Boehme_
Deputy Clerk, U.S. District Court

United States of America

v.

DYLAN MACGREGOR COWAN,

Defendant.

Case No. 8:21-mj-00567-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 20, 2021 in the county of Orange in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute Fentanyl |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_Farshid Hashempour_
Complainant's signature

Farshid Hashempour, Task Force Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: August 18, 2021

**DOUGLAS F. McCORMICK**
Judge's signature

City and state: Santa Ana, California

Hon. Douglas F. McCormick, U.S. Magistrate Judge
Printed name and title

AUSA: Daniel Ahn; 714-338-3539

# **A F F I D A V I T**

I, Farshid Hashempour, being duly sworn, hereby declare and state as follows:

## **INTRODUCTION**

1. I am a Detective with the Santa Ana Police Department ("SAPD") and also a federally deputized Task Force Officer ("TFO") presently working with the Federal Bureau of Investigation ("FBI"). As a TFO with the FBI, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. I am assigned to the Orange County Violent Gang Task Force ("OCVGTF"). The OCVGTF is composed of federal and local law enforcement agencies, including, but not limited to, the FBI, the SAPD, and detectives from the Anaheim Police Department. The OCVGTF is responsible for, among other things, investigating violations of federal law committed by criminal street gangs, the Mexican Mafia, and other violent criminal organizations in Orange County. Prior to this assignment with the FBI, I was a SAPD Police Officer and have been so employed for approximately twenty years.

3. I have specialized training and experience in investigations of narcotics trafficking and criminal street gangs. During my tenure as a Police Officer, as well as an FBI TFO, I have conducted and participated in numerous

investigations of criminal activity, specifically including narcotics trafficking and violent offenses committed by street gangs.

## PURPOSE OF AFFIDAVIT

4.  This affidavit is made in support of a criminal complaint against and arrest warrant for DYLAN MACGREGOR COWAN ("COWAN") for a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Possession with Intent to Distribute Fentanyl.

5.  The facts set forth in this affidavit are based upon information obtained from other law enforcement personnel, my personal knowledge, and my training and experience.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant, and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## STATEMENT OF PROBABLE CAUSE

6.  I have reviewed the police report prepared by SAPD Officer J. Babinski covering the arrest of COWAN on July 20, 2021.  Based on my review of the reports and my conversation with Officer Babinski, I have learned the following facts:

   a.  On July 20, 2021, at about 3:11 p.m., Officer Babinski and Officer R. Bell were working their Directed Patrol assignment when Officer Babinski received a telephone call from

Orange County Probation Officer ("PO") C. Fox requesting assistance. The SAPD Officers drove to the Orange County Probation Department, located at 909 North Main Street, in the city of Santa Ana, California, where they met with PO Fox. Upon their arrival, PO Fox informed the Officers that one of his probationers, identified as COWAN, came into his office today for an in-person check. During his meeting with COWAN, PO Fox conducted a search of COWAN's person under the terms of COWAN's probation. During the search, PO Fox found a large plastic bag and three smaller plastic bags containing a white powdery substance that Officer Babinski believed to resemble fentanyl. An additional clear plastic bag containing a large amount of a black tar substance similar to heroin was found on COWAN. COWAN was also found to be in possession of over $1,200 in U.S. currency and a black colored Samsung cellular phone.

       b.  PO L. Ibarra conducted a search of COWAN's 2014 BMW, which was parked close to the Orange County Probation Department. During the search of COWAN's vehicle, PO Ibarra found three clear plastic bindles and a heart shaped bottle containing a white powdery substance resembling fentanyl. Another clear plastic bag containing a white crystalline substance believed to be methamphetamine was discovered in COWAN's vehicle as well. PO Ibarra also found $1,450 in U.S. currency and a black Apple iPhone during the search of the vehicle.

       c.  Officer Babinski and Officer Bell arrested COWAN and transported him to the Santa Ana Jail, where he was read his

Miranda Rights. COWAN then invoked his Miranda Rights by requesting an attorney.

        d. Officer Babinski later weighed the narcotics and found that the cumulative weight of all of the packages of the white powdery substance believed to be fentanyl was approximately 239 grams. The narcotics taken from COWAN's person and vehicle were later obtained from the SAPD and sent to the DEA Southwest Lab for quantitative and qualitative testing. Based on my training and experience, which includes observing fentanyl, I submit that there is probable cause to believe that the narcotics taken during the search of COWAN and his vehicle are in fact fentanyl. In addition, 239 grams of fentanyl is a distribution amount based on my training and experience.

//

//

## CONCLUSION

7. For all the reasons described above, there is probable cause to believe that COWAN has committed a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Possession with Intent to Distribute Fentanyl.

/s/
FARSHID HASHEMPOUR
Task Force Officer, FBI

Attested to by the applicant
in accordance with the
requirements of Fed. R.
Crim. P. 4.1 by telephone on
this 18th day of August 2021.

**DOUGLAS F. McCORMICK**
HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE